# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0169, A26E0170, A26E0171. ERGIN TEK et al. v. HOLLY PARK SQUARE APARTMENTS, LLC.

Ergin Tek has filed pro se emergency motions for a stay of trial court proceedings pending appeal and "for [s]upersedeas in the above-styled action[s]." But in the motions, Tek states that he has timely filed notices of appeal from purported final orders vacating a materialman's lien and dismissing Tek's petition to enforce such a lien. "The notice of appeal filed as provided in OCGA §§ 5-6-34 (a), 5-6-37, and 5-6-38 shall serve as supersedeas upon payment of all costs in the trial court by the appellant. See OCGA § 5-6-46." Court of Appeals Rule 40 (a).

Because Tek has failed to show that an emergency order giving direction to the trial court is "necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot[,]" Court of Appeals Rule 40 (b), his emergency motions in the above-styled cases are hereby denied.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 03/30/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.